```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

CLOYES GEAR AND PRODUCTS, INC.                          PLAINTIFF

    vs.            CASE No. 05-CV-2037

MITEC AUTOMOTIVE AG                                     DEFENDANT

### ORDER

Now on this 15th day of August, 2005, there comes on for consideration the agreed motion for suspension of deadlines (#18) and the Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED.

Accordingly, the existing deadlines for response to outstanding motions are suspended until Monday, September 26, 2005, unless the Court is notified at an earlier date of the parties' desire to resume the litigation. In that event, responses to outstanding motions would be due ten (10) days following such notice to the Court.

IT IS SO ORDERED.

                                          /S/ Robert T. Dawson
                                              Robert T. Dawson
                                              United States District Judge