IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**CLOYES GEAR AND PRODUCTS, INC.,**
an Ohio corporation                                                                    **PLAINTIFF**

    v.              Case No.: 2:05-CV-02037

**MITEC AUTOMOTIVE AG,**
a foreign corporation                                                                  **DEFENDANT**

## ORDER

Now on this 20th day of October, 2005, there comes on for consideration the agreed motion for suspension of deadlines (#23) and the Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the parties are hereby granted an extension, until the close of business on Friday, October 28, 2005, in which to respond to outstanding motions.

IT IS S ORDERED.

                /s/ Robert T. Dawson
                Robert T. Dawson
                United States District Judge

PREPARED AND APPROVED BY:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442


By  /s/ Judy Simmons Henry
    Judy Simmons Henry (84069)
    Stephen R. Lancaster (93061)
    Colin R. Jorgensen (2004078)
    Attorneys for MITEC Automotive AG