IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLOYES GEAR AND PRODUCTS, INC.                              PLAINTIFF

vs.                          No. 05-2037

MITEC AUTOMOTIVE AG                                         DEFENDANT

## **O R D E R**

NOW on this 3RD day of February, 2006, comes on for consideration the above-styled cause.

IT APPEARING to the court that the matter has been settled, counsel for all parties having so advised the court, it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

                                                 /s/ Robert T. Dawson
                                                 **ROBERT T. DAWSON**
                                                 **UNITED STATES DISTRICT JUDGE**